441 A.2d 764

Commonwealth v. Blunt, Appellant.

 Submitted December 5, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

The judgment of sentence dated October 26, 1979 is affirmed.